IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Justin MDiven
MCI-H
18601 Roxbury RD
Hagerstown MD 21746

*

*

*FILED *ENTERED
*LODGED *RECEIVED

MAY 2 4 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Off Sauders
Off Crites
of MCTC Prison
in Hagerstown MD 21794

*

*

*

**Case No.:** _____
*(Leave blank. To be filled in by Court.)*

*(Full name and address of respondent)*
**Defendant(s).**

## COMPLAINT

1. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐    NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

      2. Court (if a federal court name the district; if a state court name the city or county):

         _____

- Do not file any motions or memoranda that are longer than thirty-five (35) pages unless you have received permission from the Court. Most motions and memoranda should be much shorter than thirty-five pages.

- You do not have to file copies of exhibits that are already on file in the same case. For example, if the defendants in your case file a motion for summary judgment and attach as an exhibit to their motion a copy of a sick call slip, you do not have to attach a copy of that document to your opposition or to any motions you file. You may simply refer to the copy that is already in the file.

- You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign someone else's name, nor may you file anything on behalf of someone else. In order for a pleading, motion, or memorandum to be considered on behalf of more than one plaintiff, each plaintiff must sign it.

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☑   NO ☐

   1. If you answered YES:

      a. What was the result? __Dsmssed under Comar 12-02-28__

      b. Did you appeal? _____
         YES ☑   NO ☐

   2. If you answered NO to either of the questions above, explain why: _____

_____

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Each of these officers neglected to help me on 3/7/20 at about 7-9pm in MCTC HU#7 for being assaulted by my cellmate, they stared & watched as he assaulted me & then left me to die for over 15 mos, also on the next shift to Officers On the next shift 3/8/20 12:00am laughted as I Begged for help my rib felt broken & I couldn't Breath John Does on 12-8pm shift

IV. Relief
(State briefly what you want the Court to do for you.)

I want for these officers to be fired + $250,000.00 for physical + mental punishment + abuse I endured

SIGNED THIS 20 day of april, 2021.

Justin Diven
Signature of Plaintiff

Justin Diven
Printed Name

MCI-H 18601 Roxbury RD Hagerstown MD 217
Address

Telephone Number

Email Address